1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   Michael J. Manning, Esq. (State Bar No. 286879)
2  Craig G. Côté, Esq. (State Bar No. 132885)
3  **MANNING LAW, APC**
   20062 S.W. Birch St., Ste. 200
4  Newport Beach, CA 92660
5  Office: (949) 200-8755
   ADAPracticeGroup@manninglawoffice.com
6
   Attorneys for Plaintiff
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   | | |
   |---|---|
   | S.T., a minor, by and through her Guardian Ad Litem, JAN THOMAS, and JAN THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>LYNWOOD MEDICAL, LLC, a California Limited Liability Company; SOHAIL SAM MAHBOUBIAN; NOOSHIN MAHBOUBIAN, individuals, as trustees of THE INTERCONTINENTAL TRUST DATED APRIL 4, 2006; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No**. 2:19-cv-03163-CJC-JEM<br><br>**JOINT NOTICE OF SETTLEMENT** |

                                    1
                        JOINT NOTICE OF SETTLEMENT

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, the parties have reached an agreement to resolve the above-captioned matter and are preparing the settlement agreement. Because the Plaintiff in this case is a minor, Plaintiff will file a motion for approval of a minor's compromise. After the Court issues an order approving the minor's compromise, the Parties will file a stipulation of dismissal.

Dated: September 6, 2019      **MANNING LAW, APC**

By: /s/ Joseph R. Manning Jr., Esq.
    Joseph R. Manning Jr., Esq.
    Michael J. Manning, Esq.
    Craig G. Côté, Esq.
    Attorneys for Plaintiff

Dated: September 6, 2019      **LAW OFFICES OF ADAM S. ROSSMAN**

By: /s/ Adam Steven Rossman, Esq.
    Adam Steven Rossman, Esq.
    Attorneys for Defendant

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 6, 2019            MANNING LAW, APC

By  */s/ Michael J. Manning*
MICHAEL J. MANNING
Attorney for Plaintiff